UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ESED HAMZA,

                Plaintiff,

against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4257 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 12, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further administrative proceedings; ordering that on remand the Administrative Law Judge will consider all medical evidence, including the reports from Dr. Charles Kaplan and Dr. Roger Rahtz; and directing that the Administrative Law Judge shall follow applicable Second Circuit precedent including, but not limited to, the holdings in <u>Dixon v. Shalala</u>, 54F.3d 1019, 1031 (2nd Cir. 1995); it is

      ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings; that on remand the Administrative Law Judge will consider all medical evidence, including the reports from Dr. Charles Kaplan and Dr. Roger Rahtz; and that the Administrative Law Judge follow applicable Second Circuit precedent including, but not limited to, the holdings in <u>Dixon v. Shalala</u>, 54F. 3d 1019, 1031 (2nd Cir. 1995).

Dated: Brooklyn, New York
        July 13, 2005

                                                            ROBERT C. HEINEMANN
                                                        Clerk of Court